**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

           **Plaintiff,**

   v.

**TWENTY-ONE THOUSAND EIGHT
HUNDRED AND 00/100 DOLLARS
($21,800.00) IN UNITED STATES
CURRENCY,**

           **Defendant.**

**Case No. 2:20-cv-1337
JUDGE EDMUND A. SARGUS, JR.**

## ORDER

This case has been reported settled.  Plaintiff's Motion to Suppress (ECF No. 13) and

Motion in Limine (ECF No. 14) are therefore **DENIED AS MOOT**.  The Plaintiff is **DIRECTED**

to file a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within

**FOURTEEN DAYS** of this order.

     **IT IS SO ORDERED.**


**2/25/2021**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**